UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELEAZAR MORALES-MARTINEZ,   Case No. 25-13303

    Plaintiff,   F. Kay Behm
v.   United States District Judge

KEVIN RAYCRAFT, FIELD OFFICE
DIRECTOR, DETROIT FIELD OFFICE,
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Defendant.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Opinion and Order granting the Petition for a Writ of Habeas Corpus, this case is closed. This is a final order.

**SO ORDERED**.

Date: December 12, 2025    s/F. Kay Behm
    F. Kay Behm
    United States District Judge